IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

# INITIAL APPEARANCE - REMOVAL

| | |
|---|---|
| United States of America, | COURT MINUTES - CRIMINAL |
| | BEFORE: JOHN F. DOCHERTY |
| Plaintiff, | U.S. MAGISTRATE JUDGE |
| v. | Case No: 23-mj-855 JFD |
| | Date: November 16, 2023 |
| Kevante Dewayne Crutchfield, | Courthouse: St Paul |
| | Courtroom: 6A |
| Defendant. | Time Commenced: 1:31 p.m. |
| | Time Concluded: 1:51 p.m. |
| | Time in Court: 20 minutes |

APPEARANCES:

Plaintiff: Lauren Roso, Assistant U.S. Attorney
Defendant: Rob Meyers, Assistant Federal Public Defender
    X FPD     _ CJA     _ Retained     _ To be appointed

X Advised of Rights

on   X Complaint
X Date charges or violation filed: 11/14/2023
X Current Offense: unlawful publication and stalking
X **Charges from other District:** Columbia
X Title and Code of underlying offense from other District: 22:3053
X Case no: n/a

X Government moves for detention.
Motion is X granted, temporary detention ordered

Next appearance date is Tuesday, November 21, 2023 at 11:30 a.m. before U.S. Magistrate Judge Tony N. Leung, CR 9W Mpls for:
X Detention hrg

X Removal hearing waived
X Removal Order to be issued

Additional Information:
X Oral Rule5(f) Brady notice read on the record.

                                                                                                                                                                  s/ jam
                                                               Signature of Courtroom Deputy