UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| United States of America,<br><br>                Plaintiff,<br><br>v.<br><br>Kevante Dewayne Crutchfield,<br><br>                Defendant. | Criminal No. 23-mj-855 JFD<br><br>**ORDER OF REMOVAL** |

The above captioned case was before the undersigned United States Magistrate Judge on November 16, 2023. Defendant waived the removal hearing.

Based on defendant's waiver, the court finds that the defendant is the same person named in the warrant filed in the District of Columbia, and he is ordered removed to that district for further proceedings.

Dated:  November 17, 2023        *s/  John F. Docherty*
                                                      John F. Docherty
                                                      United States Magistrate Judge