CLOSED,RULE5

# U.S. District Court
## U.S. District of Minnesota (DMN)
## CRIMINAL DOCKET FOR CASE #: 0:23−mj−00855−JFD−1
### *Internal Use Only*

| | |
|---|---|
| Case title: USA v. Crutchfield | Date Filed: 11/16/2023 |

Assigned to: Magistrate Judge John F. Docherty

**Defendant (1)**

| | | |
|---|---|---|
| **Kevante Dewayne Crutchfield** | represented by | **Daniel P Huddleston**<br>Office of the Federal Defender<br>300 South Fourth Street<br>Ste 107<br>Minneapolis, MN 55415<br>612−664−5858<br>Fax: 612−664−5850<br>Email: dan_huddleston@fd.org<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>Designation: Public Defender or Community Defender Appointment |
| | | **Katherian D Roe**<br>Office of the Federal Defender<br>300 S 4th St Ste 107<br>Mpls, MN 55415<br>612−664−5858<br>Fax: 612−664−5850<br>Email: katherian_roe@fd.org<br>*TERMINATED: 11/17/2023*<br>Designation: Public Defender or Community Defender Appointment |

| **Pending Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Opening)** | |
|---|---|
| None | |

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level**
**(Terminated)**

None

| **Complaints** | **Disposition** |
|---|---|
| 22:3053 | |

**Plaintiff**

| | | |
|---|---|---|
| **USA** | represented by | **Lauren Olivia Roso**<br>U.S. Attorney's Office<br>District of Minnesota<br>300 South 4th Street<br>Ste 600 U.S. Courthouse<br>Minneapolis, MN 55415<br>612–664–5703<br>Email: lauren.roso@usdoj.gov<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

Email All Attorneys
Email All Attorneys and Additional Recipients

| Date Filed | # | Docket Text |
|---|---|---|
| 11/16/2023 | | Arrest (Rule 5) of Kevante Dewayne Crutchfield (ALN) (Entered: 11/16/2023) |
| 11/16/2023 | 1 | Minute Entry for proceedings held before Magistrate Judge John F. Docherty: Initial Appearance in Rule 5(c) (3) Proceedings as to Kevante Dewayne Crutchfield held on 11/16/2023. Charges from the District of Columbia. Counsel present. Defendant ordered temporarily detained. Detention Hearing set for 11/21/2023 at 11:30 AM in Courtroom 9W (MPLS) before Magistrate Judge Tony N. Leung. Removal hearing waived. Removal order to be issued. (Digital Recording) (ALN) (Entered: 11/16/2023) |
| 11/16/2023 | 2 | ORDER OF PRELIMINARY DETENTION as to Kevante Dewayne Crutchfield. Detention Hearing set for 11/21/2023 at 11:30 AM in Courtroom 9W (MPLS) before Magistrate Judge Tony N. Leung. Signed by Magistrate Judge John F. Docherty on 11/16/2023. (ALN) (Entered: 11/16/2023) |
| 11/17/2023 | 3 | NOTICE OF ATTORNEY APPEARANCE for Kevante Dewayne Crutchfield. (Huddleston, Daniel) (Entered: 11/17/2023) |
| 11/17/2023 | 4 | ORDER OF REMOVAL to District of Columbia as to Kevante Dewayne Crutchfield. Signed by Magistrate Judge John F. Docherty on 11/17/2023. (ALN) (Entered: 11/17/2023) |
| 11/21/2023 | 5 | Minute Entry for proceedings held before Magistrate Judge Tony N. Leung: Detention Hearing as to Kevante Dewayne Crutchfield held on 11/21/2023. Deft Ordered Detained – Govt to submit proposed order. Commitment to Another District to be Issued. Defense exhibits 1 3 admitted. (Digital Recording) (JAM) (Entered: 11/21/2023) |
| 11/21/2023 | 6 | |

|  |  | AMENDED Minute Entry for proceedings held before Magistrate Judge Tony N. Leung: Detention Hearing as to Kevante Dewayne Crutchfield held on 11/21/2023. Deft Ordered Detained – Govt to submit proposed order. Commitment to Another District to be Issued. Defense exhibits 1–3 admitted. (Digital Recording) (NAH) (Entered: 11/22/2023) |
|---|---|---|
| 11/22/2023 | 7 | COMMITMENT TO ANOTHER DISTRICT as to Kevante Dewayne Crutchfield. Defendant committed to District of District of Columbia. Signed by Magistrate Judge Tony N. Leung on 11/22/2023. (NAH) (Entered: 11/22/2023) |

CASE 1:23-mj-00855-JFD Doc. 8 Filed 11/27/23 Page 4 of 10

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MINNESOTA

## INITIAL APPEARANCE - REMOVAL
### COURT MINUTES - CRIMINAL
BEFORE: JOHN F. DOCHERTY
U.S. MAGISTRATE JUDGE

| | |
|---|---|
| United States of America, | |
| Plaintiff, | |
| v. | |
| Kevante Dewayne Crutchfield, | |
| Defendant. | |

| | |
|---|---|
| Case No: | 23-mj-855 JFD |
| Date: | November 16, 2023 |
| Courthouse: | St Paul |
| Courtroom: | 6A |
| Time Commenced: | 1:31 p.m. |
| Time Concluded: | 1:51 p.m. |
| Time in Court: | 20 minutes |

APPEARANCES:

Plaintiff: Lauren Roso, Assistant U.S. Attorney
Defendant: Rob Meyers, Assistant Federal Public Defender
  X  FPD      _  CJA      _  Retained      _  To be appointed

X  Advised of Rights

on   X  Complaint
X Date charges or violation filed: 11/14/2023
X Current Offense: unlawful publication and stalking
X **Charges from other District:**   Columbia
X Title and Code of underlying offense from other District:  22:3053
X Case no: n/a

X Government moves for detention.
Motion is X granted, temporary detention ordered

Next appearance date is Tuesday, November 21, 2023 at 11:30 a.m. before U.S. Magistrate Judge Tony N. Leung, CR 9W Mpls for:
X  Detention hrg


X  Removal hearing waived
X  Removal Order to be issued

Additional Information:
X Oral Rule5(f) Brady notice read on the record.

                                                                        s/ jam
                                                         Signature of Courtroom Deputy

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

UNITED STATES OF AMERICA,                    Case No: 23-mj-855 JFD

      Plaintiff,

v.

                                  ORDER OF PRELIMINARY
                                  DETENTION PENDING HEARING
                                  <u>PURSUANT TO BAIL REFORM ACT</u>

Kevante Dewayne Crutchfield,

      Defendant.

_____

Upon motion of the United States it is ORDERED that a detention hearing is set for November 21, 2023 at 11:30 a.m. before Magistrate Judge Tony N. Leung, 9W, Diana E. Murphy Courthouse, 300 South 4th Street, Minneapolis, Minnesota. Pending this hearing, the Defendant shall be held in custody by the United States Marshal and produced for the hearing.

Dated: November 16, 2023                      <u>s/John F. Docherty</u>
                                                          John F. Docherty
                                                           U.S. Magistrate Judge

If not held immediately upon defendant's first appearance, the hearing may be continued for up to three days upon motion of the Government, or up to five days upon motion of the defendant. 18 U.S.C. § 3142(f)(2).

A hearing is required whenever the conditions set forth in 18 U.S.C. § 3142 are present. Subsection (1) sets forth the grounds that may be asserted only by the attorney for the Government; subsection (2) states that a hearing is mandated upon the motion of the attorney for the Government or upon the judicial officer's own motion if there is a serious risk that the defendant (a) will flee; or (b) will obstruct or attempt to obstruct justice, to threaten, injure, or intimidate, or attempt to threaten, injure, or intimidate a prospective witness or juror.

# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 23mj855 (JFD) |
| ) | |
| Plaintiff, ) | |
| v. ) | **NOTICE OF APPEARANCE** |
| ) | |
| KEVANTE DEWAYNE ) | |
| CRUTCHFIELD, ) | |
| ) | |
| Defendant. ) | |

Pursuant to the Court's order appointing counsel, the undersigned attorney hereby notifies the Court and counsel that Dan Huddleston shall appear as appointed counsel of record for the above named defendant in this case.

Dated: November 17, 2023               *s/Dan Huddleston*
DAN HUDDLESTON
Attorney ID No. 1031856FL
Attorney for Defendant
Office of the Federal Defender
107 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415

# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| United States of America,<br><br>        Plaintiff,<br><br>v.<br><br>Kevante Dewayne Crutchfield,<br><br>        Defendant. | Criminal No. 23-mj-855 JFD<br><br>**ORDER OF REMOVAL** |

The above captioned case was before the undersigned United States Magistrate Judge on November 16, 2023. Defendant waived the removal hearing.

Based on defendant's waiver, the court finds that the defendant is the same person named in the warrant filed in the District of Columbia, and he is ordered removed to that district for further proceedings.

Dated: November 17, 2023        *s/ John F. Docherty*
                                                  John F. Docherty
                                                  United States Magistrate Judge

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| United States of America, | COURT MINUTES - CRIMINAL |
| | BEFORE: TONY N. LEUNG |
| Plaintiff, | U.S. MAGISTRATE JUDGE |
| v. | Case No: 23-mj-855 JFD |
| | Date: November 21, 2023 |
| Kevante Dewayne Crutchfield, | Courthouse: Minneapolis |
| | Courtroom: 9W |
| Defendant, | Time Commenced: 11:36 a.m. |
| | Time Concluded: 12:15 p.m. |
| | Time in Court: 36 minutes |

X **DETENTION HEARING**

APPEARANCES:

Plaintiff: Lauren Roso, Assistant U.S. Attorney
Defendant: Dan Huddleston and Aaron Morrison
        X FPDs

On    X Complaint

X **Charges from other District:** District of Columbia – unlawful publication and stalking

X Deft Ordered Detained - Govt to submit proposed order

X Commitment to Another District to be Issued.

Additional Information:

Defense exhibits 1 – 3 admitted.


                                                                                                      s/ jam
                                                             Signature of Courtroom Deputy

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MINNESOTA

United States of America,

    Plaintiff,

v.

Kevante Dewayne Crutchfield,

    Defendant,

**AMENDED COURT MINUTES - CRIMINAL**
BEFORE: TONY N. LEUNG
U.S. MAGISTRATE JUDGE

| | |
|---|---|
| Case No: | 23-mj-855 JFD |
| Date: | November 21, 2023 |
| Courthouse: | Minneapolis |
| Courtroom: | 9W |
| Time Commenced: | 11:36 a.m. |
| Time Concluded: | 12:15 p.m. |
| Time in Court: | 39 minutes |

X **DETENTION HEARING**

APPEARANCES:

Plaintiff: Lauren Roso, Assistant U.S. Attorney
Defendant: Dan Huddleston and Aaron Morrison
   X FPDs

On   X Complaint

X **Charges from other District:** District of Columbia – unlawful publication and stalking

X Deft Ordered Detained - Govt to submit proposed order

X Commitment to Another District to be Issued.

Additional Information:

Defense exhibits 1 – 3 admitted.

                 s/ jam
              Signature of Courtroom Deputy

AO 94 (Rev. 06/09) Commitment to Another District

# UNITED STATES DISTRICT COURT
for the
District of Minnesota

| | | |
|---|---|---|
| United States of America, *Plaintiff,* | ) ) ) | Case No. 23-mj-855 JFD |
| v. | ) ) | Charging District's Case No. n/a |
| Kevante Dewayne Crutchfield, *Defendant* | ) ) | |

**COMMITMENT TO ANOTHER DISTRICT**

The defendant has been ordered to appear in the District of Columbia.

The defendant:   _ will retain an attorney.

   X is requesting court-appointed counsel.

The defendant remains in custody after the initial appearance.

**IT IS ORDERED:** The United States marshal must transport the defendant, together with a copy of this order, to the charging district and deliver the defendant to the United States marshal for that district, or to another officer authorized to receive the defendant. The marshal or officer in the charging district should immediately notify the United States attorney and the clerk of court for that district of the defendant's arrival so that further proceedings may be promptly scheduled. The clerk of this district must promptly transmit the papers and any bail to the charging district.

Date: November 22, 2023

*s/Tony N. Leung*
*Judge's signature*

Tony N. Leung, United States Magistrate Judge
*Printed name and title*

10